AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| Phelicea Redd | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.    3:25cv169 |
| Edward Lampert, et al. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
  Edward Lampert, Owner
  5407 Trillium Boulevard Suite B1230
  Hoffman IL 60192

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
  Phelicea Redd
  2630 S. Veitch Street Apt 209
  Arlington VA 22206

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**FILE COPY**

Date:      3/5/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | ) | |
|---|---|---|
| Phelicea Redd | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    3:25cv169 |
| | ) | |
| Edward Lampert, et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Transformco
    Serve: Edward Lampert, Owner
    5407 Trillium Boulevard Suite B1230
    Hoffman IL 60192

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Phelicea Redd
    2630 S. Veitch Street Apt 209
    Arlington VA 22206

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:     3/5/2025

**FILE COPY**

*Signature of Clerk or Deputy Clerk*